# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**CARMELLE JAMISON**                                                                 **PLAINTIFF**

**V.**                                                                  **NO. 4:21-CV-171-DMB-JMV**

**HARBOR FREIGHT TOOLS INC.**                                                        **DEFENDANT**

## FINAL JUDGMENT

In accordance with the "Opinion and Order" entered this date, judgment is entered in favor of Harbor Freight Tools, Inc.

**SO ORDERED**, this 27th day of June, 2024.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**